## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|     Kevin White | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 08-32913 |
|     Debtor(s) | ) | |

### NOTICE OF INVALID ADDRESS FOR TRUSTEE DISBURSEMENTS

**NOTICE IS HEREBY GIVEN** that the U. S. Postal Service has returned the April disbursement check sent to HFC at  P. O. BOX 9618, VIRGINIA BEACH, VA  23450  due to an invalid/insufficient address.  As such, until the creditor and/or Debtor(s) file a *Notice of Change of Address for Trustee Payments** with the Court, the Trustee shall refrain from making any further disbursements to this creditor at the payment address listed above.  Rather, the Trustee shall reserve future funds until (i) the filing of the required Notice of Change of Address for Trustee Payments; or (ii) the funds are tendered to the registry of the Court.  A copy of the requisite form can be obtained on the Trustee's website at www.simonch13trustee.com.

**\*The filing of the *Notice of Change of Address for Trustee Payments* should not be construed to affect the Court's Mailing Matrix.  Rather, the required Notice is to be used solely by the Chapter 13 Trustee to disburse payments due under the Plan.**

Respectfully submitted on this day, Wednesday, May 22, 2013.

                                                **/s/Russell C. Simon**
                                                RUSSELL C. SIMON
                                                Chapter 13 Trustee
                                                24 Bronze Pointe
                                                Swansea, IL  62226
                                                Telephone: (618) 277-0086
                                                Telecopier: (618) 234-0124

JW

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of Invalid Address for Trustee Disbursements was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, May 22, 2013.

                                                /s/ Jeffrey

Kevin White
18 St Columba
Cahokia, IL  62206

ANDREW J. MIOFSKY
2249 PONTOON ROAD
GRANITE CITY, IL 62040


FRIEDMAN & WEXLER
500 W MADISON ST
CHICAGO, IL  60661


HFC
PO BOX 1994
BRANDON, FL 33509-1994